**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

CASE NO. 08-cr-00007-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL JAMES BECNEL,

    Defendant.

---

**ORDER OF RECUSAL**

---

This matter is before the Court *sua sponte*.

Section 455(a) of Title 28 of the United States Code states that "Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." A trial judge must recuse himself when there is an appearance of bias, regardless of whether there is actual bias. *Nichols v. Alley*, 71 F.3d 347, 350 (10th Cir. 1995). "The test is whether a reasonable person, knowing all the relevant facts, would harbor doubts about the judge's impartiality." *Hinman v. Rogers*, 831 F.2d 937, 939 (10th Cir. 1987).

The defendant in this case was represented by the Office of the Federal Public Defender ("Office"), during the time I served as the Federal Public Defender ("FPD"). While I was the FPD, I had supervisory responsibility with respect to all matters within the Office. By virtue of

my position, I may have, in addition to imputed knowledge, actual knowledge of this defendant in his underlying case. And it is that very criminal case which has been assigned to me.

As a result, recusal is required by 28 U.S.C. § 455(a), and I hereby recuse myself from this case. It is therefore

ORDERED that the Judge's file be returned to the Clerk's office for the case to be reassigned by random draw.

DATED this 20th day of May, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge